UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON J. RUBIO,

                Plaintiff,

v.

ARNEL DE JESUS,

                Defendant.

CASE NO. C16-1307-JCC-BAT

**ORDER REGARDING INTENT TO UTILIZE THE INDIVIDUALIZED TRIAL PROGRAM, LCR 39.2**

This matter has been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1), Local Magistrate Judge Rules 3 and 4, and Federal Rule of Civil Procedure 72. Dkt. 20. On May 16, 2017, the parties filed a Joint Status Report (JSR) in which they indicated they are considering whether to utilize the procedures outlined in Local Civil Rule 39.2. Dkt. 30. The parties' JSR further states that decision shall be made no later than June 30, 2017. *Id.* Based on the information provided in the JSR, the Court declines at this time to issue a pretrial and trial schedule in this matter. The Court therefore **ORDERS:**

The parties shall either request an individualized trial by filing the appropriate court form, or notify the Court in writing of any decision not to utilize the individualized trial program no later than **June 30, 2017**.

//

ORDER REGARDING INTENT TO UTILIZE
THE INDIVIDUALIZED TRIAL PROGRAM,
LCR 39.2 - 1

DATED this 19th day of May, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING INTENT TO UTILIZE
THE INDIVIDUALIZED TRIAL PROGRAM,
LCR 39.2 - 2