THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON J RUBIO,<br><br>        Plaintiff,<br><br>   v.<br><br>ARNEL DE JESUS,<br><br>        Defendant. | CASE NO. C16-1307-JCC-BAT<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' agreement for an individualized trial and request for approval (Dkt. No. 33). The Court, finding good cause, GRANTS the request and APPROVES the agreement. Judge Tsuchida will issue an individualized trial schedule consistent with this order.

DATED this 7th day of July 2017.

                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk