UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON J. RUBIO, <br><br> Plaintiff, <br><br> v. <br><br> ARNEL DE JESUS, <br><br> Defendant. | CASE NO. C16-1307-JCC-BAT <br><br> **ORDER SETTING TRIAL CONFERENCE AND DIRECTING SUBMISSION OF A JOINT INDIVIDUALIZED TRIAL STATEMENT** |

This case has been referred to United States Magistrate Judge Brian A. Tsuchida pursuant to 28 U.S.C. § 636(b)(1), Local Magistrate Judge Rules 3 and 4, and Fed. R. Civ. P. 72. *See also* Dkts. 20, 34. The Court has reviewed the parties' Joint Status Report (Dkt. 30) and Notice of Agreement for Individualized Trial and Request for Approval (Dkt. 33) and sets the Individualized Trial Conference for **July 28, 2017** at **10:00 am** in **Courtroom 12A**. *See* LCR 39.2(e). The parties are directed to file a Joint Individualized Trial Statement pursuant to Local Civil Rule 39.2(f) no later than **July 21, 2017**. The parties are further directed to consult LCR 39.2 for all applicable timelines in completing the Joint Individualized Trial Statement.

The Clerk is directed to send copies of this Order to all parties of record.

//

ORDER SETTING TRIAL CONFERENCE
AND DIRECTING SUBMISSION OF A
JOINT INDIVIDUALIZED TRIAL
STATEMENT - 1

1     DATED this 7th day of July, 2017.

*[signature]*

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER SETTING TRIAL CONFERENCE
AND DIRECTING SUBMISSION OF A
JOINT INDIVIDUALIZED TRIAL
STATEMENT - 2