UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRANDON J. RUBIO,

                    Plaintiff,

          v.

ARNEL DE JESUS,

                    Defendant.

Case No. 2:16-cv-01307-JCC-BAT

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

The Court, having reviewed the parties' stipulation (Dkt. 46), hereby

**ORDERS, ADJUDGES, AND DECREES** that this matter is **DISMISSED WITH PREJUDICE** without costs or attorney fees.

DATED this 9th day of <u>January</u>, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge